IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUS PETER SPETH, | |
| Plaintiff, | |
| v. | HON. JEROME B. SIMANDLE |
| ROBERT GOODE, et al., | Civil Action No. 95-0264 (JBS/AMD) |
| Defendants. | |
| | **ORDER** |

This matter having come before the Court upon Plaintiff's motion for reconsideration of this Court's June 23, 2010 Opinion and Order dismissing certain of Plaintiff's claims [Docket Item 92]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

THEREFORE IT IS this __6th__ day of **October, 2010** hereby

ORDERED that Plaintiff's motion for reconsideration is **GRANTED IN PART** as to the finding of abandonment, and otherwise **DENIED**; and it is further

ORDERED that the part of this Court's June 23, 2010 Order dismissing abandoned claims is **VACATED**; such claims, although not deemed abandoned, remain **STAYED** until such time as they are reinstated upon further Order of the Court; and it is further

ORDERED that if Plaintiff seeks to reinstate stayed claims,

Plaintiff must follow the procedures outlined in the accompanying Opinion; and it is further

ORDERED that nothing herein precludes Defendants from seeking, by motion, to dismiss any specific claim on statute of limitations grounds, whether such claim is stayed or not, by establishing that the particular claim accrued prior to January 5, 1993.

 **s/ Jerome B. Simandle**  
JEROME B. SIMANDLE  
United States District Judge