IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUS PETER SPETH,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT GOODE, et al.,<br><br>        Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil Action<br>No. 95-0264 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court upon Plaintiff's Rule 56(d)(2) motion for a partial summary judgment [Docket Item 104]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **9th** day of **November, 2010** hereby

ORDERED that the motion is **DENIED.**

                                               **s/ Jerome B. Simandle**
                                               JEROME B. SIMANDLE
                                               United States District Judge