IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUS PETER SPETH,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBERT GOODE, et al.,<br><br>              Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 95-0264 (JBS/AMD)<br><br>**ORDER** |

    This matter having come before the Court upon Defendants' motion for summary judgment [Docket Item 207] and Plaintiff's application under Rule 56(d) [Docket Item 214]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

    IT IS this **9th** day of **August**, 2012 hereby

    **ORDERED** that Plaintiff's request for deferral of the due date for Plaintiff's opposition to Defendants' motion for summary judgment is hereby **GRANTED IN PART** and **DENIED IN PART**; and it is further

    **ORDERED** that, if the Magistrate Judge determines that Plaintiff is entitled to additional discovery upon the pending privilege motion [Docket Item 203], Plaintiff's opposition will be due fourteen (14) days after discovery is provided.  However, if the Magistrate Judge

denies additional discovery in the pending privilege motion, Plaintiff's opposition will be due fourteen (14) days after entry of the Magistrate Judge's decision; Plaintiff should be prepared to meet this deadline because no further extension will be granted.

                                             **s/ Jerome B. Simandle**
                                             JEROME B. SIMANDLE
                                             Chief U.S. District Judge