IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUS PETER SPETH,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT GOODE, et al.,<br><br>    Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 95-264 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court upon Plaintiff Claus Peter Speth's motion appealing the May 9, 2013 decision of Magistrate Judge Ann Marie Donio denying reconsideration of her November 28, 2012 order [Docket Item 256]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **3rd** day of **July, 2013** hereby

ORDERED that Plaintiff's motion appealing the May 9, 2013 decision of Magistrate Judge Ann Marie Donio denying reconsideration of her November 28, 2012 order is DENIED.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         Chief U.S. District Judge